# United States District Court
# Western District of North Carolina
# Statesville Division

|  |  |  |
|---|---|---|
| Anthony Culler, et al | ) | JUDGMENT IN CASE |
|  | ) |  |
| Plaintiff(s), | ) | 5:21-cv-00075-KDB-DCK |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| AHIP NC Statesville 1530 Enterprises LLC, et al | ) |  |
| Defendant(s). | ) |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 21, 2021 Order.

June 21, 2021

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court